

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00865-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellant

v.

Gerardo **PALACIOS,**
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2013CVK000561C3
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE AND RENDER IN PART AND AFFIRM IN PART the trial court's Order of Expunction signed July 2, 2013, relating to petitioner/appellee[1]:

NAME:    Gerardo Palacios
SEX:    Male
RACE:    Caucasian
DATE OF BIRTH:    ██████████
DRIVER'S LICENSE NO., STATE:    ████████████
SOCIAL SECURITY NO.:    ██████████

We REVERSE that part of the trial court's order granting expunction of records and files of the following arrest/charge:

ALLEGED OFFENSE:    Assault, Terroristic Threat, Violation of Protective Order
DATE OF ALLEGED OFFENSE:  04/08/2007
DATE OF ARREST:    04/08/2007
COUNTY WHERE ARRESTED:  Webb
ARRESTING AGENCY:  Laredo Police Department

---

[1]The personal information is included in this judgment pursuant to article 55.02, section 3(b), of the Texas Code of Criminal Procedure.

With respect to the above-referenced arrest, we RENDER judgment denying Gerardo Palacios's petition for expunction.

In all other respects, the trial court's July 2, 2013 Order of Expunction is AFFIRMED.

We ORDER the clerk of this court to send of copy of this judgment to each of the persons and entities listed below:

National Crime Information Center
CJIS Division
1000 Cluster Hollow Rd.
Clarksburg, West Virginia 26306

Texas Crime Information Center
c/o Texas DPS
P.O. Box 4143
Austin, Texas 78765-4143

The Federal Bureau of Investigation
9th and Pennsylvania, N.W.
Washington, D.C. 29535

Webb County District Clerk's Office
1110 Victoria, 2nd Floor
Laredo, Texas 78040

Webb County Clerk's Office
1110 Victoria, 2nd Floor
Laredo, Texas 78040

Justice of the Peace Pct 1, Pl 1
Judge Hector Liendo
1110 Victoria, Ste. 106
Laredo, Texas 78040

Justice of the Peace Pct 1, Pl 2
Judge Oscar Liendo
1110 Victoria, Ste. 103
Laredo, Texas 78040

Justice of the Peace Pct 2
Judge Ramiro Veliz
901 S. Milmo, 1st Floor
Laredo, Texas 78043

Justice of the Peace Pct 2, Pl 2
Judge Ricardo Rangel
901 S. Milmo, 2nd Floor
Laredo, Texas  78040

Laredo Police Department
Records Department
4712 Maher Ave.
Laredo, Texas  78041

Webb County Sheriff's Office
Identification Information & Records
1000 Washington
Laredo, Texas  78040

Texas Department of Public Safety
Attn: Expunction of Records Division
5805 N. Lamar
Austin, Texas  78705

Webb County District Attorney's Office
1110 Victoria, 4th Floor
Laredo, Texas  78040

We further ORDER that each party shall bear its own costs of this appeal.

SIGNED February 5, 2014.

Luz Elena D. Chapa, Justice